# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Andrew Reichold, et al.

                    Plaintiff,

v.                                          Case No.: 1:23−cv−02251
                                            Honorable Sharon Johnson Coleman

D. P. Condreva, et al.

                    Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 29, 2024:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Motion hearing held on 5/29/2024. Defendants' joint motion to sever plaintiffs pursuant to Rule 20(a) [69] is granted. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.